No. 79–1446. MICHIGAN v. HAMPTON. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–1829. MICHIGAN v. COMBS. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–1887. BLUM, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES v. STENSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–1891. ESTELLE, CORRECTIONS DIRECTOR v. PAPRS-KAR. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–28. WILMOT, CORRECTIONAL SUPERINTENDENT v. WALKER. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–204. RYDER TRUCK LINES, INC. v. FARMER. Sup. Ct. Ga. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–257. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA v. SCOTT. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–1525. NAISBITT, EXECUTOR, ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.